**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

OSCAR ORIHUELA LOPEZ, et al     *

     Plaintiffs     *

v.     *    Civil Action No. 1:24-CV-02455-EA

ROBERT STEVEN GRAY, et al     *

     Defendants     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS ROBERT STEVEN GRAY AND UNITED CONSTRUCTION COMPANY, LLC'S ANSWER TO COMPLAINT**

Defendants Robert Steven Gray and United Construction Company, LLC by and through their attorneys, Jacquelyn Kramer and the Law Office of Jacquelyn Kramer, respectfully answer the Amended Complaint against them as follows:

**PARTIES AND JURISDICTION**

1. The allegations in paragraph 1 are Admitted.

2. The allegations in paragraph 2 are Admitted.

3. The allegations in paragraph 3 are Admitted.

4. The allegations in paragraph 4 are Admitted.

5. The allegations in paragraph 5 are Admitted.

6. The allegations in paragraph 6 are Denied.

7. The allegations in paragraph 7 are Denied.

**FACTUAL ALLEGATIONS**

8. There are no new allegations in paragraph 8 to admit or deny.

9. The allegations in paragraph 9 are Admitted.

7

10. The allegations in paragraph 10 are Denied.

11. The allegations in paragraph 11 are Denied.

12. The allegations in paragraph 12 are Denied.

13. The allegations in paragraph 13 are Denied.

14. The allegations in paragraph 14 are Denied.

15. The allegations in paragraph 15 are Denied.

16. The allegations in paragraph 16 are Denied.

17. The allegations in paragraph 17 are Denied.

## COUNT I – NEGLIGENCE

18. There are no new allegations in paragraph 18 to admit or deny

19. The allegations in paragraph 19 are Admitted.

20. The allegations in paragraph 20 are Denied.

21. The allegations in paragraph 21 are Denied.

22. The allegations in paragraph 22 are Denied.

## COUNT II – NEGLIGENCE

23. There are no new allegations in paragraph 23 to admit or deny.

24. The allegations in paragraph 24 are Admitted.

25. The allegations in paragraph 25 are Denied.

26. The allegations in paragraph 26 are Denied.

27. The allegations in paragraph 27 are Denied.

## COUNT III – NEGLIGENCE (VICARIOUS LIABILITY)

28. There are no new allegations in paragraph 28 to admit or deny.

29. The allegations in paragraph 29 are Admitted.

30. The allegations in paragraph 30 are Admitted.

31. The allegations in paragraph 31 are Denied.

32. The allegations in paragraph 32 are Denied.

### **COUNT IV – NEGLIGENCE (VICARIOUS LIABILITY)**

33. There are no new allegations in paragraph 33 to admit or deny.

34. The allegations in paragraph 34 are Admitted.

35. The allegations in paragraph 35 are Admitted.

36. The allegations in paragraph 36 are Denied.

37. The allegations in paragraph 37 are Denied.

### **COUNT V – LOSS OF CONSORTIUM**

38. There are no new allegations in paragraph 38 to admit or deny.

39. The allegations in paragraph 39 are Admitted.

40. The allegations in paragraph 40 are Denied.

### **COUNT VI – LOSS OF CONSORTIUM**

41. There are no new allegations in paragraph 41 to admit or deny.

42. The allegations in paragraph 42 are Admitted.

43. The allegations in paragraph 43 are Denied.

### **AFFIRMATIVE DEFENSES**

Defendants Robert Steven Gray and United Construction Company, LLC raise the following affirmative defenses:

1. Contributory negligence.

2. Assumption of the risk.

3. Accord and satisfaction.

4. Collateral Estoppel.

5. Estoppel.

6. Release.

7. *Res Judicata.*

8. Statute of Limitations.

9. The incident at issue was caused by the negligence of another party(ies) for which Defendants Robert Steven Gray and United Construction Company, LLC are not responsible.

10. The alleged damages at issue were not caused by Defendants Robert Steven Gray ord United Construction Company, LLC.

11. Defendants Robert Steven Gray and United Construction Company, LLC reserve the right to amend their Answer and assert additional affirmative defenses that investigation and discovery uncover.

## **NEGATIVE DEFENSES**

Defendants Robert Steven Gray and United Construction Company, LLC raise the following negative defenses:

1. The capacity of a party to sue or be sued.

2. The authority of a party to sue or be sued in a representative capacity.

3. Defendants Robert Steven Gray and United Construction Company, LLC reserve the right to amend their Answer and assert additional negative defenses that investigation and discovery uncover.

WHEREFORE, having fully answered the Complaint filed against it, Defendants Robert Steven Gray and United Construction Company, LLC respectfully request that the Complaint

against it be dismissed, with all costs assessed against the Plaintiffs.

                                                Respectfully submitted,

                                                __/s/ Jacquelyn Kramer_____
                                                Jacquelyn Kramer, Esq., Fed Bar No. 11147
                                                Law Office of Jacquelyn Kramer
                                                10420 Little Patuxent Parkway, Suite 495
                                                Columbia, MD 21044
                                                410-715-2900 - Phone
                                                jacquelyn.kramer@selective.com
                                                *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of September, 2024, a copy of the foregoing Answer to Plaintiffs' Complaint was electronically filed and served through the Court's CM/ECF system upon the following counsel of record:

Peter Basile
Ferguson, Schetelich & Ballew, PA
100 S. Charles Street, Suite 1401
Baltimore, MD 21201
*Attorney for Plaintiff*

                                                _/s/ Jacquelyn Kramer_____
                                                Jacquelyn Kramer, Esq.